UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GEORGE JAMES HALL and
STEPHEN DALE MCCLELLAN,                              **INDICTMENT**

      Defendants.
_____ /

The Grand Jury charges:

### Count 1
(Aggravated Sexual Abuse and Aiding and Abetting)

On or about August 4, 2023, in Leelenau County, in Indian Country, on land held in trust by the United States for the Grand Traverse Band of Ottawa and Chippewa Indians, in the Southern Division of the Western District of Michigan, the defendants,

**GEORGE JAMES HALL and
STEPHEN DALE MCCLELLAN,**

both being Indians, knowingly engaged in, and aided and abetted the engagement in, the following sexual acts with Victim 1, an Indian female, by using force against Victim 1: contact between the penis and Victim 1's anus; contact between the penis and penis and Victim 1's mouth; contact between the mouth and Victim 1's vulva; and penetration of Victim 1's genital opening by hand or finger with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person.

18 U.S.C. § 2241(a)(1)
18 U.S.C. § 2246(2)
18 U.S.C. § 1151
18 U.S.C. § 1153
18 U.S.C. § 2

**Count 2**
(Abusive Sexual Contact)

On or about August 4, 2023, in Leelenau County, in Indian Country, on land held in trust by the United States for the Grand Traverse Band of Ottawa and Chippewa Indians, in the Southern Division of the Western District of Michigan, the defendant,

**STEPHEN DALE MCCLELLAN,**

an Indian, knowingly engaged in sexual contact with Victim 2. Specifically, the defendant intentionally touched Victim 2's buttocks, and caused Victim 2 to touch his groin, through clothing, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

18 U.S.C. § 2244(b)
18 U.S.C. § 2246(3)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney